# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

August 19, 2016

**By ECF**
Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RECEIVED
AUG 22 2016
JUDGE SWEET CHAMBERS

Re: **United States v. Keita Minaba**
 **08 Cr. 1224 (RWS); 16 Civ. 5286 (RWS)**

Dear Judge Sweet:

Mr. Minaba has filed a "placeholder" 28 U.S.C. § 2255 motion challenging his conviction for discharging a firearm during a crime of violence, 18 U.S.C. § 924(c)(1)(A)(iii), in light of Johnson v. United States, 135 S. Ct. 2551 (2015). By letter of July 27, 2016 (Cr. Dkt. 45), the defense proposed to file a supplemental brief in support of Mr. Minaba's motion by August 26, 2016. In the interim, however, the Second Circuit decided United States v. Hill, No. 14-3872, holding that Hobbs Act robbery (which is Mr. Minaba's predicate offense) is a crime of violence for purposes of § 924(c)(3). I anticipate that Mr. Hill, who is represented by the Federal Defenders of New York, will seek rehearing and/or certiorari, and I therefore respectfully request that this Court stay consideration of Mr. Minaba's § 2255 motion pending final resolution of Hill. Other courts have granted stays in this posture. See United States v. Henlon, 13 Cr. 245 (JGK) (S.D.N.Y. Aug. 18, 2016), Dkt. No. 21. The government consents to this request.

So ordered
Sweet
USDJ
8.30.16

Respectfully submitted,

/s/ Daniel Habib, Esq.
Assistant Federal Defender
Tel.: (212) 417-8769

CC: AUSA Michael Maimin, Esq. (by ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/16